IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LARRY CALLIES, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-12-3710 |
| § | |
| PATRICK R. DONAHOE, § | |
| POSTMASTER GENERAL, UNITED § | |
| STATES POSTAL SERVICE, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that Plaintiff Larry Callies's age discrimination claim is DISMISSED without prejudice for failure to exhaust administrative remedies; and Plaintiff shall take nothing on all other of his claims against Defendant Patrick R. Donahoe, Postmaster General, United States Postal Service, which other causes of action are DISMISSED on the merits.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 25TH day of August, 2014.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE